IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

MAR 6 1998

CARLOS JUENKE
CLERK, USDC / SDFL / FTL

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

    Plaintiff,

v.

SOUTH FLORIDA WATER
MANAGEMENT DISTRICT, and
SAMUEL POOLE,

    Defendants.

CASE NO: 98-6056 CIV FERGUSON

Magistrate Judge Snow

**TRIBE'S MOTION, WITH INCORPORATED MEMORANDUM OF LAW, FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATION**

    Plaintiff, the Miccosukee Tribe of Indians of Florida (the "Tribe"), by and through undersigned counsel, pursuant to Rule 7.1.C. of the Local Rules for the Southern District of Florida, hereby requests that this honorable Court grant it permission to file a memorandum, responding in opposition to Defendants' Motion to Dismiss, in excess of 20 pages. In support of this Motion the Tribe states as follows.

    1.    The instant case addresses complex issues of federal law relating to the Clean Water Act.

    2.    Defendants in the case filed a 28 page Memorandum of Law in Support of Their Motion to Dismiss with respect to the Tribe's Complaint.

    3.    In order to appropriately address all the issues in Defendants' Motion to Dismiss, including the defense of sovereign immunity, additional pages beyond the 20 authorized by Local Rule are required.

    4.    The significance of the issues justifies an extension of the page limitation.

    5.    Pursuant to Local Rule 7.1.C.2, this Court has the authority and discretion to grant the relief requested.

6. The motion is made in the good faith belief that the additional pages are necessary to adequately address the issues raised in the Motion to Dismiss.

**WHEREFORE**, the Tribe requests that the Court enter an order granting it permission to file a memorandum of law in excess of 20 pages, not to exceed 28 pages, and that the court accept for filing the same memorandum, which is filed simultaneously.

Respectfully submitted,

LEHTINEN, O'DONNELL, VARGAS
  & REINER, P.A.
7700 N. Kendall Drive, Suite 303
Miami, Florida 33156
Phone: (305) 279-1166
Fax No:(305) 279-1365

By: _____
  Dionè C. Carroll, Esq.
  Florida Bar No. 0037753

Attorneys for Petitioners
Miccosukee Tribe of Indians of Florida

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _6th_ day of March, 1998, a true and correct copy of the foregoing was served **via U.S. Mail** on **Barbara A. Markham, Esq. and Ruth P. Clements, Esq.**, South Florida Water Management District, 3301 Gun Club Road, West Palm Beach, Florida 33406.

By: _____
Dionè C. Carroll, Esquire